cu crm TF

ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3070
Chief, Fraud & Financial Crimes Section

KENNETH M. SORENSON
Assistant United States Attorney
300 Ala Moana Blvd., Rom 6-100
PJKK Federal Building
Honolulu, HI 96580
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 10 2011
at 3 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA, Plaintiff, v. SHANA ARAW, Defendant.

CR. NO. CR11 00225 SOM

**INFORMATION**

18 U.S.C. § 1006

Fraudulent Credit Institution Entries

## INFORMATION

The United States Attorney charges:

On or about between June 26, 2006 and March 29, 2008, in the District of Hawaii, the defendant SHANA ARAW, being an employee of CU Hawaii, a Federal Credit Union, that is, a cooperative lending and mortgage association the deposits of which are insured by the Federal Deposit Insurance Corporation,

with the intent to defraud CU Hawaii, or deceive an officer, auditor, examiner, or agent of CU Hawaii, did knowingly make false entries in the books, reports or statements of CU Hawaii, in that the defendant, SHANA ARAW, did gain unauthorized computer access to CU Hawaii's loan database and over the course of twenty (20) occasions did incrementally increase the credit limit on her personal home equity line of credit secured by her residence from $18,000 to $180,000, when in truth and in fact, as the defendant well knew, she was not authorized to increase said line of credit without the express authorization of CU Hawaii.

In violation of Title 18, United States Code, Section 1006.

DATED: March 10, 2011 in Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.
Chief, Fraud & Financial Crimes

KENNETH M. SORENSON
Assistant U.S. Attorney

United States v. SHANA ARAW
"Information"
Cr. No. CR11 00225 SOM