CORRESPONDENCE

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*(808) 541-2850*
*FAX (808) 541-2958*

April 12, 2011

The Honorable Susan Oki Mollway
Chief United States District Judge
United States Courthouse
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Re: United States v. Shana Araw
Cr. No. 11-00225 SOM

Dear Judge Mollway:

Based upon our understanding with the defense, the above captioned defendants intend to enter a plea of guilty to the Information filed in this case. We have scheduled the defendant's arraignment and plea before the Court for April 13 at 10:30 a.m. The defendant is pleading guilty to the Information charging her with defrauding a federal credit union. I append a copy of the Information for your convenience.

The maximum sentence the defendant faces related to the applicable charge is as follows: a period of imprisonment of not more than 30 years; a fine of up to $1,000,000; a term of supervised release of not more than five years; restitution in an amount that will be determined prior to sentencing; and a $100 special assessment.

A summary of the facts the government would prove at trial and will state at the change of plea hearing are as follows:

a. At all times relevant to this statement of facts defendant was an employee of the CU Hawaii Federal Credit Union.

b. CU Hawaii Federal Credit Union is a Federal Credit Union, that is, a cooperative lending and mortgage association the deposits of which are insured by the National Credit Union Administration and operating under the laws of the United States.

c. On or about May 24, 2006, defendant obtained a home equity line of credit mortgage in the amount of $18,000 from her employer, CU Hawaii Federal Credit Union. This line of credit was secured by a mortgage lien granted to CU Hawaii in defendant's personal residence located in Hawaii County.

d. On or about June 26, 2006, without authorization from CU Hawaii, defendant accessed CU Hawaii's loan database and increased her line of credit from $18,000 to $45,000.

e. Between September 13, 2006 and March 29, 2008, defendant, without the authorization of CU Hawaii, accessed CU Hawaii's computerized loan database using computer terminals of other CU Hawaii employees, and increased her home equity line of credit on approximately twenty two (22) additional occasions by making false entries, in incremental fashion, in CU Hawaii's computer loan records. Between September 13, 2006 and March 29, 2008, the defendant raised her home equity line of credit from $45,000 to $180,000.

If you need anything further, please do not hesitate to contact me. With best regards, I am

Very truly yours,

FLORENCE T. NAKAKUNI
United States Attorney
District Of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney

cc: Shanlyn Park, AFPD (w/o encl.)

Enclosure: Information