# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 11-00225SOM |
| CASE NAME: | USA vs. Shana Araw |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Travis Torco (SS) |
| ATTYS FOR DEFT: | Shanlyn Park |
| | Anthony Barry (USPTS) |

---

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 04/13/2011 | TIME: | 10:40 - 11:00 |

---

COURT ACTION: EP: Initial Appearance, Waiver of Indictment and Arraignment and Plea of Guilty to the Information -

Defendant Shana Araw present.

Defendant sworn.

Questioned.

The Information was publicly read by the Court.

Advised of rights to be indicted by the Grand Jury.

Waiver of Indictment signed and filed.

Defendant advised of her rights, including her right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the crimes as charged.

Government summarized the evidence it would present if the case went to trial.

Guilty Plea to Count 1 of the Information.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report and sentencing is set for 8/1/11 @ 3:00 p.m. SOM.

Parties agree with the recommendation of conditions by PTS.

The defendant be released on an unsecured bond in the amount of: **$25,000.**

◆ (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

◆ (7c) Maintain or actively seek employment, as directed by Pretrial Services. **All current and future employment must be approved by Pretrial Services.**

◆ (7h1) Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

◆ (7n) **Participate in mental health counseling as approved by Pretrial Services. Take all medications as prescribed.**

◆ (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

◆ (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

◆ (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments. You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

◆ (8o) Pretrial Services is authorized to run credit reports on a random and “as needed” basis during the course of supervision to ensure compliance with pretrial release conditions. You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

◆ (9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

> You shall not commit any offense in violation of federal, state of local law while on release in this case.

> You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by: Toni Fujinaga, Courtroom Manager.