# MINUTES

CASE NUMBER: CR 11-00225SOM

CASE NAME: USA vs. Shana Araw

ATTYS FOR PLA: Kenneth Sorenson
John Corso (SS)

ATTYS FOR DEFT: Shanlyn Park

Ellie Asasaki (USPO)

---

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 01/17/2012 | TIME: | 2:50 - 3:20 |

---

COURT ACTION: EP: Sentencing to Count 1 of the Information -

Defendant Shana Araw present.

Court adopts the PSR and it is placed under seal and is available to counsel.

Allocution by the defendant.

Discussion held re: options.

Court continues sentencing to 1/7/13 @ 1:30 p.m. in order to allow the defendant to continue to work and show her employer what a valuable employee she is - no objection by the parties.

Submitted by: Toni Fujinaga, Courtroom Manager.