\

# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 11-00225SOM |
| CASE NAME: | USA vs. Shana Araw |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | Shanlyn Park |
| | Ellie Asasaki (USPO) |

---

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/22/2013 | TIME: | 1:35 - 2:05 |

---

COURT ACTION: EP: Continued Sentencing to Count 1 of the Information -

Defendant Shana Araw present.

Allocution by the defendant.

ADJUDGED:

Imprisonment: 2 Days. The defendant shall self surrender to the FDC Honolulu on 2/8/2013, by no later than 3:00p.m. and shall be released on 2/9/2013, by no later than 12:00 p.m., for a total of 2 days imprisonment.

Supervised Release: 5 Years.

Restitution: $140,634.64

Special Assessment: $100.00.

CONDITIONS:

- The defendant shall abide by the standard conditions of supervision.
- The defendant shall not commit any crimes, federal, state, or local (mandatory condition).
- The defendant shall not possess illegal controlled substances (mandatory condition).

- The defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

- The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision. Court waives the mandatory drug test condition.

- The defendant shall maintain a single personal bank account, separate and apart from her spouse, any family member or others, into which all income, financial proceeds, and gains shall be deposited and from which all expenses be paid.

- The defendant is prohibited from incurring credit charges and lines of credit without the prior approval of the Probation Office, until such time that the restitution is paid in full.

- The defendant shall provide to the Probation Office a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant and any business owned, in whole or in part, by the defendant.

- The defendant shall notify the Probation Office of any contemplated employment and shall obtain approval from the Probation Office for all employment. Unless the defendant is self-employed, she may not be employed in any capacity wherein she has custody, control, or management of her employer's funds.

- The defendant participate in a mental health program at the discretion and direction of the Probation Office.

- The defendant shall submit her person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

- Restitution totaling $140,634.64 is owed in the amounts and to the victims set forth below, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her

release on supervision.

| | |
|---|---|
| CUMIS Insurance Society, Inc.<br>P.O. Box 1221<br>Madison, Wisconsin 53701-1221 | $125,634.64 |
| CU Hawaii Federal Credit Union<br>476 Hinano Street<br>Hilo, Hawaii 96720 | $15,000.00 |

Mittimus stayed until 2/8/13.

Defendant to report to FDC @ 3:00 p.m. 2/8/13.

Defendant advised of her right to appeal.

Submitted by: Toni Fujinaga, Courtroom Manager.