Prob 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2015

at 2 o'clock and 10 min. P M.
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: SHANA ARAW    Case Number: CR 11-00225SOM-01

Name of Sentencing Judicial Officer: The Honorable Susan Oki Mollway
Chief U.S. District Judge

Date of Original Sentence: 1/22/2013

Original Offense: Fraudulent Credit Institution Entries, a violation of 18 U.S.C. § 1006, a Class B felony

Original Sentence: Two (2) days imprisonment, to be followed by five (5) years supervised release, with the following special conditions: 1) The defendant shall maintain a single personal bank account, separate and apart from her spouse, any family member or others, into which all income, financial proceeds, and gains shall be deposited and from which all expenses be paid; 2) The defendant is prohibited from incurring credit charges and lines of credit without the prior approval of the Probation Office, until such time that the restitution is paid in full; 3) The defendant shall provide the Probation Office a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant and any business owned, in whole or in part, by the defendant; 4) The defendant shall notify the Probation Office of any contemplated employment and shall obtain approval from the Probation Office for all employment. Unless the defendant is self-employed, she may not be employed in any capacity wherein she has custody, control, or management of her employer's funds; 5) The defendant participate in a mental health program at the discretion and direction of the Probation Office; 6) The defendant shall submit her person, property, house, residence, vehicle, papers, or office to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may

conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner; and 7) Restitution totaling $140,634.64 is owed in the amounts and to the victims set forth below, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release on supervision.

CUMIS Insurance Society, Inc. $125.634.64
P.O. Box 1221
Madison, Wisconsin 53701-1221

CU Hawaii Federal Credit Union $15,000.00
476 Hinano Street
Hilo, Hawaii 96720

Type of Supervision: Supervised Release Date Supervision Commenced: 2/8/2013

**PETITIONING THE COURT**

[X] To modify the conditions of supervision as follows:

*Special Condition No. 7* *Restitution of $140,634.64 is due immediately to the victims set forth below. Any unpaid balance is to be paid during the period of supervision in monthly installments of 10% of the defendant's gross monthly income, commencing 30 days after the start of supervision. The Court may order that this requirement be changed from time to time as the defendant's circumstances warrant, but no Court order shall be required for the defendant's voluntary agreement to pay more than the Court-ordered amount. Interest is waived while the defendant is serving any term of imprisonment and shall begin accruing on any remaining balance commencing 30 days after the start of supervision. Payments shall be made by payroll deduction, when applicable. The defendant shall notify the Probation Office of any change in the defendant's financial circumstances that affect the defendant's ability to pay. The defendant's*

*financial circumstances shall be reviewed by the Probation Office on at least an annual basis.*

*CUMIS Insurance Society, Inc.* *$125,634.64*
*P.O. Box 1221*
*Madison, Wisconsin 53701-1221*

*CU Hawaii Federal Credit Union* *$15,000.00*
*476 Hinano Street*
*Hilo, Hawaii 96720*

**CAUSE**

The subject is not in violation of her conditions of supervision. The modification is requested, to update the restitution language that was recently approved by the Court. As background information, on 2/8/2013, the subject commenced serving her term of supervised release on the island of Hawaii. Since her release, she has been employed full-time with TIFFE-The Institute for Family Enrichment and just recently her division was integrated with Child & Family Service of Hilo. She has paid a total of $9,469.20 in restitution. The outstanding restitution balance is $131,265.44. The subject's term of supervised release is scheduled to expire on 2/7/2018. At this time, it does not appear that she will satisfy her restitution obligation by the projected expiration date of supervised release.

A review of her financial situation was completed to determine an appropriate restitution payment amount. The subject's gross monthly earnings from employment are approximately $1814.00. In addition, she receives approximately $963.00 a month in social security benefits for her minor child and an additional $963.00 a month from social security for herself. These benefits are a part of her deceased husband's benefits. It is noted, that once the subject earns $15,000.00 in employment wages, she no longer qualifies to receive the social security benefit of $963.00 a month for herself. Based upon this information, approximately four months out of the year she will only receive her monthly wage of $1814.00, plus her child's benefit of $963.00. Her child's monthly benefits are not factored into her monthly earned income, because she receives them on behalf of her child. The subject has agreed to make monthly payments of 10% of her gross monthly income. Based upon this calculation, our office is aware that her monthly income will fluctuate throughout the year.

| Approximate gross monthly wage: | SSB for herself (until she earns $15,000.00 from employment): | Approximate monthly income: |
|---|---|---|
| $1814.00 | $963.00 | First eight months of the year: $2777.00 |
| $1814.00 | $0 | Last four months of the year: $1814.00 |

At this time, it is recommended that the Court modify the subject's restitution special condition of supervision as requested. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives her right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's counsel, Shanlyn Park-Federal Public Defender and Assistant U.S. Attorney Ken Sorenson were notified and had no objection to the proposed modification.

Respectfully submitted by,

DONOVANLEE K. JENKINS
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer
Date: 9/14/2015

---

THE COURT ORDERS:

[X] The Modification of Conditions as Recommended by the U.S. Probation Officer

or

[ ] No Action

[ ] Other

SUSAN OKI MOLLWAY
Chief U.S. District Judge

SEP 15 2015

Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ] To modify the conditions of supervision as follows:

*Special Condition No. 7.*

*Restitution of $140,634.64 is due immediately to the victims set forth below. Any unpaid balance is to be paid during the period of supervision in monthly installments of 10% of the defendant's gross monthly income, commencing 30 days after the start of supervision. The Court may order that this requirement be changed from time to time as the defendant's circumstances warrant, but no Court order shall be required for the defendant's voluntary agreement to pay more than the Court-ordered amount. Interest is waived while the defendant is serving any term of imprisonment and shall begin accruing on any remaining balance commencing 30 days after the start of supervision. Payments shall be made by payroll deduction, when applicable. The defendant shall notify the Probation Office of any change in the defendant's financial circumstances that affect the defendant's ability to pay. The defendant's financial circumstances shall be reviewed by the Probation Office on at least an annual basis.*

| | |
|---|---|
| *CUMIS Insurance Society, Inc.*<br>*P.O. Box 1221*<br>*Madison, Wisconsin 53701-1221* | *$125,634.64* |
| *CU Hawaii Federal Credit Union*<br>*476 Hinano Street*<br>*Hilo, Hawaii 96720* | *$15,000.00* |

Witness: [signature]
DONOVANLEE K. JENKINS
U.S. Probation Officer

Signed: [signature]
SHANA ARAW
Supervised Releasee

9/8/15
Date