RECEIVED
CLERK U.S. DISTRICT COURT
APR 26 2018
10:43 A.M.
DISTRICT OF HAWAII
ULS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, v. SHANA ARAW, DEFENDANT. | CR. NO. 11-00225-01 SOM |
| CHILD AND FAMILY SERVICE, GARNISHEE. | ANSWER OF THE GARNISHEE FORM |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 27 2018
at 10 o'clock and 33 min. A. M.
SUE BEITIA, CLERK
ULS

ANSWER OF THE GARNISHEE FORM

I, Rachel Montailh, state that:

I am the (State Official Title) Payroll & Benefit Administrator of Garnishee, Child & Family Service a corporation, organized under the laws of the State of Hawaii.

On 4/16/18, 2018, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ✓ Yes. _____ No.

2. The Debtor's pay period is _____ weekly, _____ bi-weekly ✓ semi-monthly, _____ monthly. Enter the date the present pay period began. ("Present" means the pay period in which this order and notice of garnishment were served) PR9. Enter the date the above pay period ends. 4/30/18.

3. The amount of the Debtor's net wages are.

| | | |
|---|---|---|
| (a) | Gross Pay | $ 1340.03 |
| (b) | Federal income tax | $ 160.80 |
| (c) | F.I.C.A. income tax | $ 102.51 |
| (d) | State income tax | $ 110.55 |
| | Total of tax withholdings | $ 373.87 |
| | Net Wages (a less total of b,c,d) | $ 966.16 |

4. Have there been previous garnishments in effect? ______ Yes. ✓ No. If the answer is "yes", describe below:

______________________________________________

______________________________________________

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

6. The Garnishee anticipates owing to the Debtor in the future; the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1 | $241.54 | PD 5/7/18 |
| 2 | ↓ | ↓ |
| 3 | | |
| 4 | | |

(Complete items 7-9 below if applicable.)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

________________________________________________
________________________________________________
________________________________________________
________________________________________________

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in this action for the following reason(s):

________________________________________________
________________________________________________
________________________________________________
________________________________________________

The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, Shana Araw at P.O. Box 101, Pepeekeo, Hawaii 96783.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Attn: Edric M. Ching, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/24/2018.

[signature]
Garnishee