KENJI M. PRICE #10523
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>SHANA ARAW,<br>DEFENDANT. | CR. NO. 11-00225-01 SOM<br>GARNISHEE ORDER |
| CHILD AND FAMILY SERVICE,<br>GARNISHEE. | |

GARNISHEE ORDER

A Writ of Continuing Garnishment directed to In Line Flooring, Inc., ("Garnishee"), has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer of the Garnishee Form

on April 27, 2018, stating that at the time of the service of the Writ it had in its custody, control or possession, property in which the Defendant-Judgment Debtor has a substantial nonexempt interest, to wit: nonexempt earnings belonging to and due Debtor Shana Araw, (hereinafter referred to as “Debtor”).

The maximum allowable garnishment figure is defined as 25 percent of the Debtor's disposable earnings per pay period, deducting from gross wages the following required withholdings: federal income taxes, social security and medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system. Debtor is entitled to receive, free from garnishment, minimum net wages of $217.50 per week.

On April 30, 2018, Debtor was served via certified mail with the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Instructions to the Garnishee, Answer of the Garnishee Form, Clerk’s Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on how to Claim Exemptions, and Claim for Exemption Form.

On or about April 24, 2018, the Garnishee mailed a copy of the Answer of the Garnishee Form to the debtor. Debtor did not request a hearing within the time allowed by 28 U.S.C. § 3205(c)(5).

IT IS ORDERED that Garnishee pay the sum of 25 percent of the Debtor's disposable earnings, each pay period to the UNITED STATES OF AMERICA ("Plaintiff") and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any nonexempt earnings belonging to the debtor or until further Order of this Court.

IT IS FURTHER ORDERED that the Garnishee make the checks payable to the CLERK, U.S. DISTRICT COURT and mail the checks to the following address:

Clerk, U.S. District Court
Room C-338, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, HI 96850

Re: Shana Araw
Cr. 11-00225-01

DATED: Honolulu, Hawaii; May 22, 2018.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA vs. SHANA ARAW
Cr. No. 11-00225-01 SOM
"GARNISHEE ORDER"