KENJI M. PRICE #10523
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>SHANA ARAW,<br><br>DEFENDANT. | CR. NO. 11-00225-01 SOM<br><br>CERTIFICATE OF SERVICE OF DOCUMENTS ON DEFENDANT-JUDGMENT DEBTOR AND GARNISHEE |
| CHILD AND FAMILY SERVICE,<br><br>GARNISHEE. | |

CERTIFICATE OF SERVICE OF DOCUMENTS
ON DEFENDANT-JUDGMENT DEBTOR AND GARNISHEE

The United States, the Judgment Creditor herein, hereby certifies that a copy of the Garnishee Order was sent to the last known address of the Defendant-Judgment Debtor on May 23, 2018 by first-class mail and Garnishee by certified mail, return receipt.

DATED: May 29, 2018, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

/s/ Edric M. Ching
By ______________________
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA