KENJI M. PRICE #10523
UNITED STATES ATTORNEY

EDRIC M. CHING #6697
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Edric.Ching@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>SHANA ARAW,<br><br>DEFENDANT.<br>_______________<br>CHILD AND FAMILY SERVICE,<br><br>GARNISHEE. | CR. NO. 11-00225-01 SOM<br><br>NOTICE OF TERMINATION OF GARNISHMENT; CERTIFICATE OF SERVICE |

NOTICE OF TERMINATION OF GARNISHMENT

The Writ of Continuing Garnishment filed April 13, 2018 and served April 16, 2018 on Garnishee Child and Family Service, is hereby terminated.

DATED: May 30, 2018, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

/s/ Edric M. Ching
By______________________
EDRIC M. CHING
Assistant U.S. Attorneys

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served upon the following persons at their last known addresses:

Served by First Class Mail:

Shana Araw
P.O. Box 101
Pepeekeo, Hawaii 96783

Child and Family Service
Attn: Payroll Department
91-1841 Ft. Weaver Road
Ewa Beach, HI 96706

Dated: May 30, 2018, in Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/ Edric M. Ching
EDRIC M. CHING
Assistant U.S. Attorneys

Attorneys for the Plaintiff